# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH W. PILCHESKY, | : |
| | :   CIVIL ACTION NO. 3:14-0381 |
| Plaintiff | : |
| | :   (MANNION, D.J.) |
| v. | :   (CARLSON, M.J.) |
| | : |
| DEPUTY U.S. MARSHAL BARONE, *et al.*, | : |
| | : |
| Defendants | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The report and recommendation of Judge Carlson, (Doc. 99), is **ADOPTED IN ITS ENTIRETY**.

2. Defendants' motion for summary judgment (Doc. 84) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

3. Plaintiff's motion for summary judgment (Doc. 85) is **DENIED**.

4. Plaintiff's objections to the report (Doc. 100) are **OVERRULED**.

5. The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 31, 2017
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-0381-02-ORDER.wpd